**Fill in this information to identify the case:**

Debtor 1 __Thomas M. Medofer__

Debtor 2 __M. Elaine Medofer__
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of PENNSYLVANIA

Case number __19-20826-CMB__

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON, THE SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR CIT HOME EQUITY LOAN TRUST 2002-2

**Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: __4386__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | **Description** | **Date Incurred** |     | **Amount** |
|----|-----------------|-------------------|-----|-----------|
| 1  | Late Charges |  | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3  | Attorneys fees |  | (3) | $0.00 |
| 4  | Filing fee and court costs |  | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees |  | (5) | $0.00 |
| 6  | Appraisal/Broker's Price opinion fees |  | (6) | $0.00 |
| 7  | Property inspection fees |  | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) | 2/21/2019:4/1/2019 | (8) | $3970.69 |
| 9  | Insurance advances (non-escrow) | 4/22/2019 | (9) | $132.00 |
| 10 | Property preservation expenses |  | (10) | $0.00 |
| 11 | Other. Specify: |  | (11) | $0.00 |
| 12 | Other. Specify: |  | (12) | $0.00 |
| 13 | Other. Specify: |  | (13) | $0.00 |
| 14 | Other. Specify: |  | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1 <u>Thomas M. Medofer</u>
      Print Name    Middle Name    Last Name

Case number *(if known)* <u>19-20826-CMB</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Ashlee Fogle</u>
   Signature

Date <u>05/14/2019</u>

Print <u>Ashlee Fogle</u>
    First Name    Middle Name    Last Name

Title <u>Bankruptcy Attorney</u>

Company <u>RAS Crane, LLC</u>

Address <u>10700 Abbott's Bridge Road, Suite 170</u>
    Number    Street

<u>Duluth, GA 30097</u>
City    State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>afogle@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____May 24, 2019_____ ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Justin P. Schantz
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Thomas M. Medofer
M. Elaine Medofer
203 Cooperage Court
Greensburg, PA 15601


RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Anisha Patel_____
    Anisha Patel
    Email: apatel@rascrane.com





| Data Source | Expense Description | Date Paid | Amount | Insurance Balance | Tax Balance | Unspecified Balance | Balance |
|---|---|---|---|---|---|---|---|
| ODS from Fiserv | Disbursement School | 9/28/2010 | ($2,358.01) | $0.00 | ($2,358.01) | $0.00 | ($2,358.01) |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 10/16/2013 | ($1,431.00) | ($1,431.00) | ($2,358.01) | $0.00 | ($3,789.01) |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 6/9/2014 | ($1,275.00) | ($2,706.00) | ($2,358.01) | $0.00 | ($5,064.01) |
| ODS from Fiserv | Disbursement County Tax | 3/12/2015 | ($7,911.49) | ($2,706.00) | ($10,269.50) | $0.00 | ($12,975.50) |
| ODS from Fiserv | Disbursement Assessments/Utility | 3/12/2015 | ($4,366.59) | ($2,706.00) | ($14,636.09) | $0.00 | ($17,342.09) |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 6/8/2015 | ($1,302.00) | ($4,008.00) | ($14,636.09) | $0.00 | ($18,644.09) |
| ODS from Fiserv | Disbursement School | 9/14/2015 | ($2,686.15) | ($4,008.00) | ($17,322.24) | $0.00 | ($21,330.24) |
| ODS from Fiserv | Disbursement City/Town/Township | 4/1/2016 | ($745.08) | ($4,008.00) | ($18,067.32) | $0.00 | ($22,075.32) |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 6/8/2016 | ($1,322.00) | ($5,330.00) | ($18,067.32) | $0.00 | ($23,397.32) |
| ODS from Fiserv | Disbursement School | 9/6/2016 | ($2,772.18) | ($5,330.00) | ($20,839.50) | $0.00 | ($26,169.50) |
| ODS from Fiserv | Disbursement City/Town/Township | 4/13/2017 | ($745.08) | ($5,330.00) | ($21,584.58) | $0.00 | ($26,914.58) |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 6/7/2017 | ($1,212.00) | ($6,542.00) | ($21,584.58) | $0.00 | ($28,126.58) |
| ODS from Fiserv | Disbursement School | 8/29/2017 | ($2,840.99) | ($6,542.00) | ($24,425.57) | $0.00 | ($30,967.57) |
| ODS from Fiserv | Escrow Payment | 1/24/2018 | $6,542.00 | ($3,836.00) | ($20,589.57) | $0.00 | ($24,425.57) |
| ODS from Fiserv | Escrow Payment | 1/24/2018 | $24,425.57 | $0.00 | $0.00 | $0.00 | $0.00 |
| ODS from Fiserv | Disbursement Homeowners Ins / Condo Master | 6/11/2018 | ($1,234.00) | ($1,234.00) | $0.00 | $0.00 | ($1,234.00) |
| ODS from Fiserv | Escrow Payment | 6/14/2018 | $1,234.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ODS from Fiserv | Refund Homeowners Ins / Condo Master | 1/23/2019 | $420.00 | $0.00 | $0.00 | $420.00 | $420.00 |
| ODS from Fiserv | Escrow Payment Reversal | 2/4/2019 | ($420.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| ODS from Fiserv | Disbursement School | 2/21/2019 | ($3,225.61) | $0.00 | ($3,225.61) | $0.00 | ($3,225.61) |
| ODS from Fiserv | Disbursement City/Town/Township | 4/1/2019 | ($745.08) | $0.00 | ($3,970.69) | $0.00 | ($3,970.69) |
| ODS from Fiserv | Disbursement LPI Binder Lapse | 4/17/2019 | ($132.00) | ($132.00) | ($3,970.69) | $0.00 | ($4,102.69) |
| ODS from Fiserv | Escrow Payment | 4/22/2019 | $132.00 | ($132.00) | ($3,838.69) | $0.00 | ($3,970.69) |
| ODS from Fiserv | Escrow Payment | 4/22/2019 | $3,970.69 | $0.00 | $0.00 | $0.00 | $0.00 |



P.O. Box 7731
Springfield, OH 45501-7731

April 22, 2019

THOMAS M MEDOFER
M ELAINE MEDOFER
C/O JUSTIN P SCHANTZ
324 S MAPLE AVE FL, 2ND FL
GREENSBURG, PA 15601-3219

## WARNING - NOTICE OF PURCHASE OF HAZARD INSURANCE
## PLEASE READ CAREFULLY - ACTION REQUIRED

Property Address:
203 COOPERAGE COURT
GREENSBURG, PA 15601

Mortgage Loan Account Number: 

Insurance Lapse Dates: 02/01/2019 to 03/12/2019

Dear THOMAS M MEDOFER:

We recently sent to you two notices requesting proof of acceptable hazard insurance coverage for the time frame referenced above, but we have not received it. You are required to have continuous coverage in effect and because we have not received acceptable proof of continuous insurance, we bought insurance for your property. We have **charged your escrow account in the amount of $132.00. If you did not have an escrow account, one was established on your loan for the purposes of paying this insurance. As a result, your monthly mortgage payment will increase to pay for the cost of this policy.** You must reimburse us for any period during which insurance we bought is in effect but you do not have insurance.

**The insurance we purchased on your property is effective from 02/01/2019 to 03/12/2019 (the "Lapse Period").** If you had hazard coverage on your property during this time, **we strongly recommend you send us proof of coverage for the Lapse Period.** This information must be provided in writing. All you need to do is ask your insurance agent to include the loan number and property address above on a copy of your policy and fax it with a Mortgagee Clause/Lender's Loss Payable Endorsement as soon as possible to: **1-937-525-4120.** You/your agent can mail the documents to:

> CALIBER HOME LOANS, INC.
> ISAOA/ATIMA
> PO BOX 7731
> SPRINGFIELD, OH 45501-7731

Or, you may update your hazard insurance coverage information online at www.MyCoverageInfo.com, referencing PIN CT731.

The insurance we bought:

- May be significantly more expensive than the insurance you can buy yourself.

- May not provide as much coverage as an insurance policy you buy yourself.